[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-10419
Non-Argument Calendar
_____

D.C. Docket No. 1:05-cr-00380-RWS-ECS-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ISRAEL PINEDA,
a.k.a. Becerro,
a.k.a. Borrego,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(December 24, 2014)

Before JORDAN, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Israel Pineda in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pineda's convictions and sentences are **AFFIRMED**.  However, we *sua sponte* **REMAND** for the limited purpose of correcting a scrivener's error in Count 2 of the written judgment.  The statute of conviction should read 18 U.S.C. § 1956(a)(2)(A), (h),  rather than solely 18 U.S.C. § 1956(a)(2)(A).